Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARY ROSE DIEFENDERFER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAY LaHOOD, SECRETARY OF U.S. DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　Defendant. | NO. C08-0958-TSZ<br><br>STIPULATION AND ORDER AMENDING JUDGMENT |

<u>STIPULATION</u>

On January 31, 2011, the jury in the above-referenced action issued a verdict awarding Plaintiff Mary Rose Diefenderfer $325,000.00 in damages for four of her claims of retaliation brought under Title VII of the Civil Rights Act of 1964. Dkt. No. 147. On February 10, 2011, the Court issued a judgment consistent with the jury's verdict. Dkt. No. 151. However, because Title VII contains a statutory cap on damages in the amount of $300,000.00, 42 U.S.C. § 1981a(b)(3)(D), the parties to the above-referenced action, by and through their undersigned counsel of record, hereby STIPULATE, AGREE, and JOINTLY REQUEST

STIPULATION AND ORDER AMENDING JUDGMENT
Page 1(No. C08-0958-TSZ)

Office of the United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-7970

1  the Court to issue an Order amending the Judgment to reduce Plaintiff's damages to the

2  statutory cap of $300,000.00.

3        Stipulated to and presented by this 17th day of February, 2011.

4

5

6  LAW OFFICES OF
   JUDITH A. LONNQUIST, P.S.

7

8  /s/ Judith A. Lonnquist_____
   Judith A. Lonnquist, WSBA No. 06421
9  Wendy L. Lilliedoll, WSBA No. 37743
   1218 Third Avenue, Suite 1500
10 Seattle, WA 98101-3021
   (206) 622-2086
11 Attorneys for Plaintiff

12

13 LAW OFFICES OF MARY DRYOVAGE

14

15 /s/ Mary Dryovage_____
   Mary Dryovage, CA SBN 112551
16 600 Harrison Street, Suite 120,
   San Francisco, CA 94107
17 Telephone: 415 593-0095
   Attorney for Plaintiff

18

19 JENNY A. DURKAN
   UNITED STATES ATTORNEY
20

21 /s/ Marion J. Mittet_____
   Marion J. Mittett, WSBA No. 12758
22 Rebecca S. Cohen, WSBA No. 31767
   700 Stewart Street, #5220
23 Seattle, WA 98101-1271
   Telephone: (206) 553-7970
24 Attorneys for Defendant

25

26

STIPULATION AND ORDER AMENDING JUDGMENT
Page 2(No. C08-0958-TSZ)

ORDER

The parties having stipulated and agreed, it is hereby SO ORDERED. The award of damages in the Court's Judgment issued on February 10, 2011 (Dkt. No. 151) is hereby reduced to $300,000.00.

DATED this 1st day of March, 2011.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER AMENDING JUDGMENT
Page 3(No. C08-0958-TSZ)

Office of the United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-7970